### No. 568

Nos. 18819, 18892—The Northern Ohio Traction & Light Co. v. Public Utilities Commission. Error to the Public Utilities Commission.

118. AUTOMOBILES—1. Equipment used in transportation service, need not be owned by holder of certificate of convenience.

2. Utilities Commission controls changes in routes, and increase or decrease of number of vehicles used in the service.

MARSHALL, C. J.

1. Motor equipment employed in motor transportation service is not required by the motor transportation act to be absolutely owned by the holder of a certificate of convenience and necessity, this being left to the discretion of the public utilities commission.

2. An application before the public utilities commission to change, extend or shorten a route or to increase or decrease the number of vehicles employed in motor transportation service under a certificate theretofore issued by the commission can only be heard by the commission in accordance with the notice required by Section 614-91, General Code.

Order reversed.

Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur.